**United States Bankruptcy Court**
**District of Nevada**

IN RE:  Case No. _____

TRAGO INTERNATIONAL, INC.  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| RICHARD T. CONDON<br>540 WEST HORIZON RIDGE #302<br>HENDERSON, NV 89012 | | Trade debt | | 225,000.00 |
| TEQUILERA LOS ALAMBIQUES<br>COLONIA CENTRO ARANDAS JALISCO MX 47180<br>ANDRAS MX, MX 58770203 | | Trade debt | | 161,586.76 |
| ROLAND BYE<br>5 HUTTON CENTRE DRIVE SUITE 805<br>SANTA ANA, CA 92707 | | Trade debt | | 135,436.44 |
| BANK OF AMERICA<br>CT HOLDINGS | | Bank loan | | 79,210.00 |
| JOHN ADSIT<br>15755 ENADIA WAY<br>LAKE BALBOA, CA 91406 | | Trade debt | | 78,204.43 |
| BLAINE CALLAHAN<br>CALLAHAN & BLAINE<br>3 HUTTON CENTRE DRIVE #900<br>SANTA ANA, CA 92707 | | Trade debt | | 56,883.43 |
| STRADLING YOCCA<br>STRADLING YOCCA, Et., Al.<br>660 NEWPORT CENTER DRIVE #1600<br>NEWPORT BEACH, CA 92660 | | Trade debt | | 52,718.57 |
| GARY CAPATA, CPA<br>28202 CABOT ROAD SUITE 305<br>LAGUNA NIGUEL, CA 92677 | | Trade debt | | 38,286.70 |
| CHRISTOPHER T. CONDON<br>2215-B RENAISSANCE DRIVE - SUITE 16<br>LAS VEGAS, NV 89119 | | Trade debt | | 34,330.00 |
| YOUNGS MARKET COMPANY<br>500 SOUTH CENTRAL AVE.<br>LOS ANGELES, CA 90013 | | Trade debt | | 32,339.01 |
| MORRIS NICHOLS<br>JONES DAY, JONES DAY<br>3161 MICHELSON DRIVE SUITE 800<br>IRVINE, CA 92612 | | Trade debt | | 26,740.86 |
| BANK OF AMERICA<br>TRAGO INTERNATIONAL | | Bank loan | | 25,724.00 |
| REX DANFORD<br>REX E. DANFOR AND TODD R. DANFORD<br>25196 MILES AVE.<br>LAKE FOREST, CA 92630-4119 | | Trade debt | | 25,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| ANDREW SMITS<br>LAW OFFICES OF ANDREW A. SMITS<br>36 EXECUTIVE PARK SUITE 160<br>IRVINE, CA 92614 | Trade debt | 24,429.98 |
| JONES DAY, JONES DAY<br>3161 MICHELSON DRIVE SUITE 800<br>IRVINE, CA 92612 | Trade debt | 22,500.00 |
| LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-8134 | Trade debt | 18,455.00 |
| ACABADOS METALICOS S.A. De C.V.<br>PLASTICOS #17 ANTES #50 COLONIA SF CUAUH<br>NAUCALPAN, MX 53569 | Trade debt | 17,580.74 |
| LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-8134 | Trade debt | 15,098.67 |
| PAUL PEGG<br>P.O. BOX 12169<br>NEWPORT BEACH, CA 92658 | Trade debt | 3,850.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 28, 2009**   Signature: **/s/ Christopher Condon**

**Christopher Condon, CEO Of Trago International, Inc.**

(Print Name and Title)