7:19 PM
10/09/09

## Trago International, Inc. 123
## Statement of Cash Flows
January through December 2008

|  | Jan - Dec 08 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -2,585,364.83 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable - TRADE | 340,067.52 |
| Accounts Receivable - TRADE:AR - Drawback | 35,203.88 |
| AR - Pulse | 4,349.17 |
| B of A - CD 1 | 52,161.46 |
| Burke Escrow | -13,373.44 |
| Inventory Asset | 421,193.35 |
| MHW Escrow | 8,549.36 |
| Petty Cash | 386.14 |
| Accounts Payable:Accounting | 17,432.38 |
| Accounts Payable:Advertising | 13,494.00 |
| Accounts Payable:Consulting Fees Payable | 97,500.00 |
| Accounts Payable:Distribution Expense | 21,039.95 |
| Accounts Payable:Expense Reimbursements | 22,318.64 |
| Accounts Payable:Legal Fees | 337,158.86 |
| Accounts Payable:Legal Fees:Compliance | 1,985.62 |
| Accounts Payable:Manufacturing Costs | 725,700.22 |
| Accounts Payable:Marketing | 4,791.82 |
| Accounts Payable:Printing | 3,388.60 |
| Accounts Payable:Salaries Payable Officer | 210,293.25 |
| Deferred Compensation - CTC | -96,293.25 |
| Loans Payable:BofA LOC | 23,609.01 |
| Loans Payable:Loan From Christopher Condon | 46,020.00 |
| Loans Payable:Loan from CT Holdings | 70,364.54 |
| Loans Payable:Loan from Richard Condon | 100,000.00 |
| **Net cash provided by Operating Activities** | **-138,023.75** |
| **INVESTING ACTIVITIES** | |
| Manufacturing Equipment | -10,695.00 |
| Organization Costs-Start Up:Compliance | -600.00 |
| Organization Costs-Start Up:Compliance:Brand Registration | -2,050.67 |
| **Net cash provided by Investing Activities** | **-13,345.67** |
| **FINANCING ACTIVITIES** | |
| Opening Bal Equity | 49,500.00 |
| Shareholder Equity | 100,000.00 |
| **Net cash provided by Financing Activities** | **149,500.00** |
| Net cash increase for period | -1,869.42 |
| Cash at beginning of period | 15,509.73 |
| **Cash at end of period** | **13,640.31** |