10/09/09
Cash Basis

# Balance Sheet
## As of December 31, 2008

|  | Dec 31, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| B of A- Chck - 8693 | 13,640.31 |
| **Total Checking/Savings** | 13,640.31 |
| **Accounts Receivable** | |
| Accounts Receivable - TRADE | 49,396.44 |
| **Total Accounts Receivable** | 49,396.44 |
| **Other Current Assets** | |
| **AR - Pulse** | |
| Equipment lease | 801.60 |
| AR - Pulse - Other | 57,081.65 |
| **Total AR - Pulse** | 57,883.25 |
| Burke Escrow | 13,373.44 |
| Inventory Asset | 1,795,391.83 |
| MHW Escrow | -1,696.05 |
| Petty Cash | 3.96 |
| **Total Other Current Assets** | 1,864,956.43 |
| **Total Current Assets** | 1,927,993.18 |
| **Fixed Assets** | |
| Accumlated Depreciation | -105,277.00 |
| **FF&E** | |
| **Equipment** | |
| Auto | 75,625.59 |
| Computer | 28,299.71 |
| **Total Equipment** | 103,925.30 |
| Furniture | 21,664.91 |
| Phone System | 5,203.14 |
| FF&E - Other | 11,297.74 |
| **Total FF&E** | 142,091.09 |
| Manufacturing Equipment | 176,043.37 |
| **Total Fixed Assets** | 212,857.46 |
| **Other Assets** | |
| Accumulated Amortization | -215,411.00 |
| Goodwill | 781,000.00 |
| **Organization Costs-Start Up** | |
| **Compliance** | |
| Brand Registration | 4,857.67 |
| Labels | 316.00 |
| Compliance - Other | 7,530.75 |
| **Total Compliance** | 12,704.42 |
| **Legal** | |
| International Compliance | 1,196.69 |
| Shareholder Compliance | 36,000.00 |
| Legal - Other | 68,810.88 |
| **Total Legal** | 106,007.57 |
| Licensing Fee | 101,750.50 |
| Marketing | 6,860.60 |
| Patents/Trademarks | 16,575.02 |
| Production & Design | 36,606.09 |
| Public Relations | 3,000.00 |
| **Total Organization Costs-Start Up** | 283,504.20 |
| **Total Other Assets** | 849,093.20 |
| **TOTAL ASSETS** | **2,989,943.84** |

# Trago International, Inc
## Balance Sheet
### As of December 31, 2008

|  | Dec 31, 08 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         **Accounts Payable** | |
|           Consulting Fees Payable | -15,000.00 |
|           Legal Fees | -52,685.32 |
|           Salaries Payable Officer | -29,706.75 |
|         **Total Accounts Payable** | -97,392.07 |
|       **Total Accounts Payable** | -97,392.07 |
|       **Other Current Liabilities** | |
|         **Loans Payable** | |
|           BofA LOC | 23,609.01 |
|           Loan From Christopher Condon | 44,020.00 |
|           Loan from CT Holdings | 70,364.54 |
|           Loan from Richard Condon | 425,000.00 |
|         **Total Loans Payable** | 562,993.55 |
|       **Total Other Current Liabilities** | 562,993.55 |
|     **Total Current Liabilities** | 465,601.48 |
|   **Total Liabilities** | 465,601.48 |
|   **Equity** | |
|     Opening Bal Equity | 49,500.00 |
|     Retained Earnings | -5,165,173.36 |
|     Shareholder Equity | 8,365,378.00 |
|     Net Income | -725,362.28 |
|   **Total Equity** | 2,524,342.36 |
| **TOTAL LIABILITIES & EQUITY** | 2,989,943.84 |