**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                         Case No. _____

**TRAGO INTERNATIONAL, INC.**                                               Chapter **11**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **ANNE CILANI**<br>10511 WOODVIEW CIRCLE<br>ORANGE, CA 92869 | 0.060000 | Common Stockholder |
| **ANNETTE YEOMANNS**<br>261 A. REDEL ROAD<br>SAN MARCOS, CA 92069 | 0.020000 | Common Stockholder |
| **CHARLIE SOMMERS**<br>261 A. REDEL ROAD<br>SAN MARCOS, CA 92069 | 0.300000 | Common Stockholder |
| **CHRISTOPHER T. CONDON**<br>2215-B RENAISSANCE DRIVE SUITE 16<br>LAS VEGAS, NV 89119 | 70.360000 | Common Stockholder |
| **COLLEEN MCCOURTNEY**<br>53 DARTMOUTH DRIVE<br>RANCHO MIRAGE, CA 92270 | 0.050000 | Common Stockholder |
| **DAVID E. NEWTON AND JO-ANNE L. NEWTON**<br>TRUSTEES OF THE NEWTON FAMILY TRUST, UDT<br>9832 BRIER LANE<br>SANTA ANA, CA 92705 | 0.050000 | Common Stockholder |
| **DENNIS ANDERSON**<br>11099 MOONLIGHT FIRE COURT<br>LAS VEGAS, NV 89135 | 0.050000 | Common Stockholder |
| **DOUGLAS I. LOVISON**<br>IN C/O OF RICHARD LUCAL, ESQ.<br>969 VALE TERRACE DRIVE<br>VISTA, CA 92084 | 4.670000 | Common Stockholder |
| **DOUGLAS MOXLEY**<br>2100 BENNINGTON COURT<br>THOUSAND OAKS, CA 91360 | 0.090000 | Common Stockholder |
| **ELMER BASSANI**<br>9131-231 STREET<br>EDMONTON, AB T5T 5X7 | 0.050000 | Common Stockholder |
| **FIRST HAWAIIAN BANK**<br>TRUSTEE OF THE R.Y. 2006 CHILDREN'S TRUS<br>6600 KALANIANAOLE HIGHWAY<br>HONOLULU, HI 96825 | 0.130000 | Common Stockholder |
| **FNPR, LLC**<br>CB RICHARD ELLIS, INC.<br>990 WEST 190th STREET, SUITE 100<br>TORRANCE, CA 90502 | 0.140000 | Common Stockholder |
| **GAYLE WERDEN**<br>P.O. BOX 9022<br>RANCHO SANTE FE, CA 92067 | 0.260000 | Common Stockholder |
| **GEORGE MOLSBARGER**<br>10061 RIVERSIDE DRIVE<br>TOLUCA LAKE, CA 91602 | 0.050000 | Common Stockholder |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Type |
|---|---|---|
| GREGG P. DURMER<br>261 A. REDEL ROAD<br>SAN MARCOS, CA  92069 | 0.210000 | Common Stockholder |
| JAMES ESKER<br>13911 OLD HARBOR LANE APT. 206<br>MARINA DEL REY, CA  90292 | 0.230000 | Common Stockholder |
| JASON AMITIN<br>1606 SOUTH NEVADA STREET<br>OCEANSIDE, CA  92054 | 0.410000 | Common Stockholder |
| JASON MOORE<br>P.O. BOX 1169<br>CORONA DEL MAR, CA  92625 | 0.470000 | Common Stockholder |
| JENNIFER AND CHARLIE O'BRIEN<br>21292 ANTIGUA LANE<br>HUNTINGTON BEACH, CA  92629 | 0.130000 | Common Stockholder |
| JESSICA HOOD<br>13581 FOXGLOVE<br>SAN DIEGO, CA  92130 | 0.090000 | Common Stockholder |
| JJ INVESTMENTS<br>809 WHITTIER DRIVE<br>BEVERLY HILLS, CA  90210 | 0.100000 | Common Stockholder |
| JOE D. GUY<br>112 CLEARBROOK LANE APT. A<br>COSTA MESA, CA  92626 | 0.470000 | Common Stockholder |
| JOHN AND JACQUELINE BALESTRA<br>LIVING TRUST DTD 12/04/1997<br>337 CAMINO DE LAS COLINAS<br>REDONDO BEACH, CA  90277 | 0.260000 | Common Stockholder |
| JOHN AND SHARON SCHUMACHER<br>4633 PERHAM<br>CORONA DEL MAR, CA  92625 | 0.400000 | Common Stockholder |
| JOHN P. OWENS AND DEVYN K. OWENS JTWROS<br>2418 O'DONNELL STREET<br>BALTIMORE, MD  21224 | 0.230000 | Common Stockholder |
| JUDITH EVANS CORKETT<br>1032 WEST OCEAN FRONT<br>NEWPORT BEACH, CA  92661 | 0.310000 | Common Stockholder |
| JULIA GERARD<br>J GERARD DESIGN STUDIO<br>8575 MELROSE AVE.<br>WEST HOLLYWOOD, CA  90069 | 0.260000 | Common Stockholder |
| KATHY FERRIN<br>1 PARK PLAZA #100<br>IRVINE, CA  92614 | 0.720000 | Common Stockholder |
| KENNETH RUBENFELD<br>717 ISLE OF PALM DRIVE<br>FORT LAUDERDALE, FL  33017 | 0.050000 | Common Stockholder |
| LEONARDO FLORES<br>17 HARBOR LIGHT<br>NEWPORT COAST, CA  92657 | 0.120000 | Common Stockholder |
| LIANA SNYDER<br>1981 ALCOVA RIDGE DRIVE<br>LAS VEGAS, NV  89135 | 0.050000 | Common Stockholder |
| LINDA ROWE<br>275 A MESA DRIVE<br>COSTA MESA, CA  92627 | 0.020000 | Common Stockholder |
| LOIS BATTRAM<br>138 WILLAMAN DRIVE<br>BEVERLY HILLS, CA  90211 | 0.660000 | Common Stockholder |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Class |
|---|---|---|
| LOIS BATTRAM FAMILY TRUST<br>138 WILLAMAN DRIVE<br>BEVERLY HILLS, CA 90211 | 0.100000 | Common Stockholder |
| LORAY BASSANNI<br>TRUSTEE OF THE 915 TRUST<br>10471 RIVERSIDE PARK AVE.<br>LAS VEGAS, NV 89135 | 0.120000 | Common Stockholder |
| M. CASEY HOCH<br>291 BROADWAY<br>COSTA MESA, CA 92627 | 0.170000 | Common Stockholder |
| MARIA MORGAN<br>TRUSTEE OF THE MCC FAMILY TRUST<br>1277 NORTH MORADA<br>ORANGE, CA 92869 | 4.670000 | Common Stockholder |
| MARK MYDEN<br>1340 DUMAINE AVE. SUITE 200<br>OAK PARK, CA 91377 | 6.630000 | Common Stockholder |
| MICHAEL BRUSCH<br>55B PALULU WAY<br>HIKU, HI 96708 | 0.230000 | Common Stockholder |
| MICHAEL D. JULIAN<br>35699 STOCK STREET<br>MARRIETA, CA 92562 | 0.090000 | Common Stockholder |
| MICHAEL MEDIANO<br>300 CONTINENTAL BLVD. SUITE 195<br>EL SEGUNDO, CA 90245 | 0.230000 | Common Stockholder |
| MIKE HARJO<br>2901 WEST COAST HIGHWAY SUITE 200<br>NEWPORT BEACH, CA 92663 | 0.010000 | Common Stockholder |
| MIMI KIDD<br>100 UNITED NATIONS PLAZA APT 30 E<br>NEW YORK, NY 10017 | 0.080000 | Common Stockholder |
| NEIL AND NANCY REYNOLDS<br>5841 VILLA DRIVE<br>ALTA LOMA, CA 91737 | 0.030000 | Common Stockholder |
| NICK E. YOCCA<br>600 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92663 | 0.470000 | Common Stockholder |
| OLIVER BORAN<br>5710 EAST 7TH STREET #320<br>LONG BEACH, CA 90803 | 0.100000 | Common Stockholder |
| PACIFIC BLUE INVESTMENTS, LLC<br>34262 BLUE LANTERN STREET, SUITE A<br>DANA POINT, CA 92629 | 0.120000 | Common Stockholder |
| PATRICIA C. RINALDI<br>1635 BLUEBIRD CANYON DRIVE<br>LAGUNA BEACH, CA 92651 | 0.050000 | Common Stockholder |
| PAUL AND SHIRLEY PEGG<br>2800 LA FAYETTE SUITE C<br>NEWPORT BEACH, CA 92663 | 0.130000 | Common Stockholder |
| PAUL PEGG<br>2800 LAFAYETTE SUITE C<br>NEWPORT BEACH, CA 92663 | 0.280000 | Common Stockholder |
| PENSCO TRUST COMPANY<br>CUSTODIAN FBO JON SCHRANK IRA ACCOUNT<br>10503 MORADA<br>ORANGE, CA 92869 | 0.070000 | Common Stockholder |
| PETER MAWN<br>41 MILTON STREET<br>MILTON, MA 02186 | 0.090000 | Common Stockholder |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Shares | Class |
|---|---|---|
| **PETER WHALLEY**<br>261 A. REDEL ROAD<br>SAN MARCOS, CA  92069 | 0.040000 | Common Stockholder |
| **RAMONA BORAN**<br>5710 EAST 7TH STREET, #320<br>LONG BEACH, CA  90803 | 0.310000 | Common Stockholder |
| **RENEE AVEDON**<br>809 NORTH WHITTIER DRIVE<br>BEVERLY HILLS, CA  90210 | 0.030000 | Common Stockholder |
| **RICHARD R. HURLEY**<br>2404 WEST OCEANFRONT<br>NEWPORT BEACH, CA  92663 | 0.050000 | Common Stockholder |
| **RICHARD T. CONDON**<br>540 WEST HORIZON RIDGE #302<br>HENDERSON, NV  89012 | 1.750000 | Common Stockholder |
| **RONALD L. HARRIS**<br>8800 SVL BOX<br>VICTORVILLE, CA  92395 | 0.030000 | Common Stockholder |
| **SIP INVESTORS, LLC**<br>10471 RIVERSIDE PARK AVE.<br>LAS VEGAS, NV  89135 | 0.410000 | Common Stockholder |
| **STEVE BALESTRA**<br>337 CAMINO DE LAS COLINAS<br>REDONDO BEACH, CA  90277 | 0.050000 | Common Stockholder |
| **SUSAN DOHL**<br>P.O. BOX 9022<br>RANCHO SANTE FE, CA  92067 | 0.140000 | Common Stockholder |
| **TONY GUY**<br>365 RALCAM PLACE<br>COSTA MESA, CA  92627 | 0.210000 | Common Stockholder |
| **TONY J. DELANZO**<br>1485 POINSETTIA AVE. SUITE 105<br>VISTA, CA  92081 | 0.100000 | Common Stockholder |
| **VERNON BRIGGS**<br>622 CLUBHOUSE SUITE B<br>NEWPORT BEACH, CA  90803 | 0.020000 | Common Stockholder |
| **WILLIAM W. NEBLETT**<br>619 MARGUERITE AVE.<br>CORONA DEL MAR, CA  92625 | 0.380000 | Common Stockholder |
| **WINSTON WILLIAM TRUST**<br>ONE UN PLAZA, #3440 49TH STREET<br>NEW YORK, NY  10022 | 0.100000 | Common Stockholder |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only