Re: Trago International, Inc.                                    Case No. 09-28095

## STATEMENT OF OPERATIONS

    Trago International Inc. (Trago) is engaged in the marketing and selling of beverage alcohol products that are in the super premium tequila category. Trago manufactures superior award winning packaging and tequila. Trago is marketing and selling 3 distinct supper and ultra-premium brands, Trago Anejo, Trago Resposado and Trago Silver, all 100% Agave.

    Through a motivated and experienced management team, world class suppliers, and strategic distributor relationships, Trago fully expects to gain devoted consumer following by successfully penetrating major supermarket chains, liquor stores and upscale bars and restaurants.