3:43 PM
12/15/09
Cash Basis

# Trago International, Inc. 123
## Balance Sheet
### As of October 31, 2009

|  | Oct 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| B of A- Chck - 8693 | 227.74 |
| **Total Checking/Savings** | 227.74 |
| **Accounts Receivable** | |
| Accounts Receivable - TRADE | 53,482.35 |
| **Total Accounts Receivable** | 53,482.35 |
| **Other Current Assets** | |
| **AR - Pulse** | |
| Equipment lease | 801.60 |
| AR - Pulse - Other | 53,192.79 |
| **Total AR - Pulse** | 53,994.39 |
| Burke Escrow | 13,373.44 |
| Inventory Asset | 1,784,991.11 |
| MHW Escrow | -22,705.70 |
| Petty Cash | 0.60 |
| **Total Other Current Assets** | 1,829,653.84 |
| **Total Current Assets** | 1,883,363.93 |
| **Fixed Assets** | |
| Accumlated Depreciation | -105,277.00 |
| **FF&E** | |
| **Equipment** | |
| Auto | 53,625.59 |
| Computer | 28,299.71 |
| **Total Equipment** | 81,925.30 |
| Furniture | 12,856.39 |
| Phone System | 5,203.14 |
| FF&E - Other | 11,297.74 |
| **Total FF&E** | 111,282.57 |
| **Manufacturing Equipment** | 176,043.37 |
| **Total Fixed Assets** | 182,048.94 |
| **Other Assets** | |
| Accumulated Amortization | -215,411.00 |
| Goodwill | 781,000.00 |
| **Organization Costs-Start Up** | |
| **Compliance** | |
| Brand Registration | 6,086.59 |
| Labels | 316.00 |
| Compliance - Other | 7,530.75 |
| **Total Compliance** | 13,933.34 |
| **Legal** | |
| International Compliance | 1,196.69 |
| Shareholder Compliance | 36,000.00 |
| Legal - Other | 68,810.88 |
| **Total Legal** | 106,007.57 |
| Licensing Fee | 101,750.50 |
| Marketing | 6,860.60 |
| Patents/Trademarks | 16,575.02 |
| Production & Design | 36,606.09 |
| Public Relations | 3,000.00 |
| **Total Organization Costs-Start Up** | 284,733.12 |
| **Total Other Assets** | 850,322.12 |
| **TOTAL ASSETS** | 2,915,734.99 |

Page 1

3:43 PM
12/15/09
Cash Basis

# Trago International, Inc. 123
# Balance Sheet
### As of October 31, 2009

|  | Oct 31, 09 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | |
| Consulting Fees Payable | -15,000.00 |
| Expense Reimbursements | -1,625.00 |
| Legal Fees | -52,685.32 |
| Salaries Payable Officer | -29,706.75 |
| **Total Accounts Payable** | -99,017.07 |
| **Total Accounts Payable** | -99,017.07 |
| **Other Current Liabilities** | |
| **Loans Payable** | |
| BofA LOC | 25,724.06 |
| Loan From Christopher Condon | 32,830.24 |
| Loan from CT Holdings | 79,210.15 |
| Loan From Paul Pegg | 3,650.00 |
| Loan from Richard Condon | 425,000.00 |
| Rex Danford | 25,000.00 |
| **Total Loans Payable** | 591,414.45 |
| **Total Other Current Liabilities** | 591,414.45 |
| **Total Current Liabilities** | 492,397.38 |
| **Total Liabilities** | 492,397.38 |
| **Equity** | |
| Opening Bal Equity | 49,500.00 |
| Retained Earnings | -5,890,535.64 |
| Shareholder Equity | 8,365,378.00 |
| Net Income | -101,004.75 |
| **Total Equity** | 2,423,337.61 |
| **TOTAL LIABILITIES & EQUITY** | 2,915,734.99 |

3:41 PM
12/15/09
Cash Basis

# Trago International, Inc. 123
## Income by Customer Summary
October 2009

|  | Oct 09 |
|---|---|
| TOTAL | 0.00 |

1:41 PM
12/15/09

# Trago International, Inc. 123
## A/R Aging Summary
### As of October 31, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| IMG (Infinity Management Group) | 0.00 | 0.00 | 0.00 | 0.00 | 6,322.41 | 6,322.41 |
| MHW Ltd/ Trago Internation | | | | | | |
|   Olympia-WA | 0.00 | 0.00 | 0.00 | 0.00 | 488.25 | 488.25 |
|   Southern W&S - Colorado | 0.00 | 0.00 | 0.00 | 844.20 | 619.66 | 1,463.86 |
| Total MHW Ltd/ Trago Internation | 0.00 | 0.00 | 0.00 | 844.20 | 1,107.91 | 1,952.11 |
| TOTAL | 0.00 | 0.00 | 0.00 | 844.20 | 7,430.32 | 8,274.52 |



GS1 US™ *(formerly Uniform Code Council)*
7887 Washington Village Drive, Suite 300
Dayton, OH 45459-8605
T: +1 866.648.0507   F: +1 937.435.7317

**PARTNER CONNECTIONS RENEWAL INVOICE**

Invoice: 1769593
Invoice Date: 11/01/2009
Account Number: 10308284
Renewal Period: 10/01/2009 - 09/30/2010
Payment Due Date: 10/1/2009

5209    5209 1 MB 0.382 PO:13354 T:23
Mr. CHRISTOPHER T. CONDON
Trago International, Inc.
2215-b Renaissance Dr Ste 16
LAS VEGAS NV 89119-6727

| | |
|---|---|
| Amount due by 10/1/2009: | $158.00 |
| Amount due after 10/1/2009: | $173.80 |

If payment has been sent, please disregard this notice.

Below are the U.P.C. Company Prefix(es) assigned to your company on or after August 28, 2002. Additional information about the renewal program can be found on our web site: http://renewal.gs1us.org Contact the GS1 US Partner Connections Team via email at pcinfo@gs1us.org or telephone at +1 866.648.0507 for details or questions.

| U.P.C. COMPANY PREFIX | FEE |
|---|---|
| 894458000 | $158.00 |

**PAY ONLINE!** You can quickly and easily pay online or verify your payment status at http://renewal.gs1us.org using the following User ID and Password:

**USER ID:** TRAGNTE894        **PASSWORD:** TRA8944

Notice:
Annual renewal payment for the U.P.C. Company Prefix license is required. Failure to pay the annual renewal fee in a timely manner may result in additional fees, costs and expenses. Licensee shall be responsible for and pay GS1 US for all costs, expenses or fees (including attorney fees) relating to the collection of renewal payments.

The Uniform Code Council, Inc. has changed its name to GS1 US effective June 14, 2005. Please update your records. Payments to GS1 US are not tax deductible as charitable contributions. However, they may be deductible as ordinary and necessary business expenses. Consult your tax advisor.
Federal Tax ID: 36-2746754

To pay by mail via check or credit card, please return this remittance form and your updated company profile form with your payment.

**PARTNER CONNECTIONS RENEWAL INVOICE**

Trago International, Inc.
Account Number: 10308284

Invoice Number: 1769593
Invoice Date: 11/01/2009

Total Amount Due:
$173.80

Payment Remittance Information:

Make Check Payable To:
GS1 US, Inc.

Mail:
PO Box 71-3034
Columbus, OH 43271-3034

Overnight
7887 Washington Village Drive
Suite 300
Dayton, OH 45459

Electronic Funds Transfer:
c/o JPMorgan Chase Bank, N.A.
ABA Routing Number: 044000037
Account Number: 921975780
SWIFT: CHASUS33

Prefix   Card Holder First Name   MI   Last Name
Phone Number                             Fax Number
Card Holder Billing Address Line 1
Card Holder Billing Address Line 2
City                    State    Zip Code    Country
Credit Card Type  ☐ American Express  ☐ Master Card  ☐ Visa    Expiration Date
Credit Card Number

TRAGNTE894                         TRA8944

## Your Statement

Page 1 of 58

Statement For: **TRAGO INTERNATIONAL INC**
Mobile Number: **(760) 908-7781**
Account Number: **437329396**

AT 04 001904 64029E 24 E**3DGT

TRAGO INTERNATIONAL INC
ATTN: CHRISTOPHER CONDON
2215 RENAISSANCE DR # TEB
LAS VEGAS NV 89119-6163

**T··Mobile· stick together**

### Important Information
Dial 411 for all your information needs on the go:
phone numbers, movie times, and more!
Just $1.79 per call.

### Summary

| | | |
|---|---|---|
| Previous Balance | $ | 639.48 |
| Pmt Rec'd - Thank You | $ | (185.40) |
| **Total Past Due** *(Due Immediately)* | **$** | **454.08** |
| Monthly Recurring Chgs | $ | 119.98 |
| Usage Charges | $ | 81.27 |
| Other Charges | $ | 1.21 |
| Taxes & Surcharges | $ | 6.23 |
| **Total Current Charges** | **$** | **208.69** |
| **Current Charges Due By** | | **11/27/09** |
| **Grand Total** | **$** | ***662.77*** |

---

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW.

# T··Mobile·

T-MOBILE
P.O. Box 51843
Los Angeles CA 90051-6143

Statement For: **TRAGO INTERNATIONAL INC**
Mobile Number: **(760) 908-7781**
Account Number: **437329396**

| Amount Due By 11/27/09 | Amount Enclosed |
|---|---|
| $662.77 | |

☐ To pay this invoice using your credit card - check box and complete the reverse side

☐ For EasyPay Option - check box and complete the reverse side

☐ If you have changed your address - check box and record new address on the reverse side.

0404373293961127090000662776891196163

# International Bonded Export Service Corporation

2200 N.W. 102 Place
Miami, FL 33172

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/1/2009 | 21875 |

**BILL TO**

Trago International, Inc
2215-B Renaissance Drive
Suite 16
Las vegas, NV 89119

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| October 2009 | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| 1,376 | Storage fee for bottles of Trago Silver (6 bottles per case)/$1/case | 0.1667 | 229.38 |
| 113 | Storage fee for bottles of Trago Reposado (6 bottles per case)/$1/case | 0.1667 | 18.84 |
| 99 | Storage fee for bottles of Trago Añejo (6 bottles per case)/$1/case | 0.1667 | 16.50 |
| 70 | Storage fee for bottles of Trago Reposado 50ml (120 bottles per case)/$1/case | 0.00833 | 0.58 |
| 72 | Storage fee for bottles of Trago Añejo 50ml (120 bottles per case)/$1/case | 0.00833 | 0.60 |

**Total** $265.90

Delinquent accounts shall accrue interest at the highest rate allowed by law. Customer shall pay all costs of collection including attorney's fees. Any lawsuit between Seller and Customer may only be filed in Miami-Dade County, Florida and shall be governed by Florida law.

Office of the U. S. Trustee
300 Las Vegas Blvd South
Suite 4300
Las Vegas, NV 89101-5803

702-388-6600

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SNGLP

TRAGO INTERNATIONAL, INC.
2215-B RENAISSANCE DRIVE - SUI
LAS VEGAS, NV 89119

Page 1 of 1    Rev. 4/08

Account No.: 782-09-28095
Process Date: 10/05/09



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 09/28/09 | Balance Forward | .00 |
| 10/05/09 | Quarter 3, 2009 Minimum Fee Due (9) | 325.00 |

Estimated Balance Due Based On Disbursement Record    325.00

Case opened 09/28/2009. Minimum fee applied.

Airport Self Storage
3800 Campus Dr.
Newport Beach, CA  92660
949-724-9744


RICHARD CONDON
2215B RENNAISANCE DR
SUITE 16
LAS VEGAS, NV  89119

November 13, 2009

## PRELIMINARY LIEN NOTICE

You owe and have not paid rent and/or other charges for the use of Storage Space #01050 at:  Airport Self Storage, 3800 Campus Dr., Newport Beach, CA  92660.

These charges total $110.00 and have been due for more than 14 days. These charges are itemized as follows:

| Space | Due Date | Rent | Late Fees | Taxes | Insurance Premium | Returned Check | NSF Charge | Lien Charges | Other Charges | Credit Balance | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01050 | 10/24/2009 | 75.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |

**Total Due:** $110.00

If this sum is not paid in full before 11/27/2009, your right to use the storage space will terminate, you will be denied access, and an owner's lien on any stored property will be imposed.

You may pay this sum in cash, money order or cashier's check only and may contact the manager at the above address

Sincerely,


James & Kelly McMillen
Site Manager

# Final October filing request:

Yvette Freedman, Esq.
**John Peter Lee, LTD**
830 Las Vegas Blvd, South
Las Vegas, NV 89101

November 20, 2009
**REVISED: December 15, 2009**

Re:   **Trago International, Inc**
      **October Monthly Operating Report**
      **Case: 2:09-bk-28095**

Dear Ms. Freedman;

Attached are the answers to the corresponding B 25C report for the month ending October 31, 2009. I have prepared the report as best as possible and below are explanation by line item. I have also enclosed attachments as available. This report will require amendment as all records and transaction have not been recorded in the company's QuickBooks accounting software. I have assumed this task as of November 1, 2009 from Richard Condon, whom I continue to consult during the transition. Many of the records and bills have been forwarded to our new office in Incline NV and where not available during the preparation of this report.

**Section 1: Questionnaire;**

1. Yes, business is still operating
2. No, some items remain to be paid as of this report date
3. No, no employees were paid
4. Yes, DIP account was opened on 10/22/09 with Wells Fargo Bank
5. Yes or NA as none were due as far as our records indicate
6. No. the September SBMOR, B25C was not filed in a timely manner.
7. No or NA as no premiums were due. Insurance cancelled 12/08 and 1/09 respectively. We have obtained quotations and will be forwarding binding letter upon receipt.
8. Yes, business plans to continue operation
9. No, fee was issued as of 11/20/2009 in the amount of 325.00, Ser# 0645728286, Wells Fargo Bank and is being sent by US Mail today.
10. NO – None to my knowledge (will verify upon review of records)
11. No, unusual or significant expense
12. No, transfer, sale or service to related business
13. Yes,. DIP account was setup and BoA closed on 10/21 and 10/22
14. No, no assets were sold other than inventory
15. No, insurance was cancelled in 12/08 and 1/09

16. Yes, Paul Pegg loaned monies for: relocation and storage, travel, transportation, misc expense, product samples.
17. No, no post filing to month end investments were made by new investors
18. No, post filing to end of month outside ordinary course of business

## Section 2 – Taxes (Exhibit A)

*No, none that I am aware of. Contact accountant, Gary Capita to confirm*

## Section 3 – Income (Exhibit B)

| | |
|---|---|
| *Income as of 10/31/2009* | *$ 0.00* |
| *Cash on hand as of 10/01/2009* | *$ 227.74 (BofA Acct 8693)* |
| **Cash on hand as of 10/31/2009** | **$ 255.00** |

## Section 4 – Expenses (Exhibit C)

| | |
|---|---|
| Bank of America Acct # 8693 | |
| 10/5 T-Mobile – Mobile Phone Charges | $ 185.40 |
| 10/7 Nations Cab – Transportation | $ 12.00 |
| 10/7 Shell Oil – Fuel Exp | $ 20.02 |
| 10/8 Chevron – Fuel Exp | $ 20.02 |
| 10/13 Chevron- Fuel Exp | $ 74.73 |
| Wells Fargo Acct – Op- 7658 | |
| 10/22 MHW Ltd – Samples | $ 1925.00 |
| 10/22 Wells Fargo – Wire Fee | $ 20.00 |
| **Total Expense Paid** | **$ 2256.77** |

## Section 5 – Cash Profit (Exhibit B-C)

| | |
|---|---|
| *Total from Exhibit B* | *$ 255.00* |
| *Total from Exhibit C* | *2256.77-* |
| ***Cash Profit for Month*** | ***-2001.77*** |

## Section 6 – Unpaid Bills (Exhibit D)

| | | |
|---|---|---|
| *UPC Renewal Fee (10/01/09)-UPC LABEL RENEWAL* | *$ 173.80* | *DUE 10/01/09* |
| *T-Mobile (10/27/09)-Mobile Phone* | *$ 662.77* | *DUE 11/27/09* |
| *IBESC-(10/1/09)- distributor fees storage* | *$ 265.90* | *DUE 10/31/09* |
| *Airport Storage (10/24/09) Storage Fee* | *$ 110.00* | *DUE 10/24/09* |
| *USDOJ (10/5/09) Ch 11 Quarterly Fee* | *$ 325.00* | *Due 10/5/09* |
| **Total Payables** | **$ 1,537.47** | |

**Section 7 – Monies owed to You (Exhibit E)**

*A/R Summary: $ 8,274.82*

**Section 8– Banking Information**

*Attached: Bank of America Bank Statement*
*Wells Fargo DIP Account: 1*
*Wells Fargo DIP Account: 2*

**Section 9 – Employees**

1. Number of employees as of filing: *One (1)*
2. Number of employees as date of report: *One (1)*

**Section 10 – Professional Fees**

*NONE*

Fees paid since filing: *NONE*

Non-BK related: *NONE*