YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: TRAGO INTERNATIONAL, INC.

Case No.: 09-28095
Chapter: 11

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ___ Voluntary Petition (specify reason for amendment)
- ___ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- ___ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as exempt
- ___ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ___ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - ___ Add/change address of already listed creditor - No fee
- ✓ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 12/14/09

_____    _____
Debtor                                         Joint Debtor

IN RE TRAGO INTERNATIONAL, INC. _____  Case No. _____
                       Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOS ALAMBIQUES<br>A. OBREGON #19-14<br>ARANDAS, JALISCO, MX 47180 | CONTRACT FOR LOS ALAMBIQUES TO SELL TO DEBTOR CERTAIN TEQUILA PRODUCTS.<br>DEBTOR IS PURCHASER. |
| MHW, LTD.<br>272 PLANDOME ROAD<br>MANHASSET, NY 11030 | CONTRACT FOR MHW TO SERVE AS NATIONAL DISTRIBUTOR FOR DEBTOR'S PRODUCTS.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>JEFFREY V. UNDERWOOD PRESIDENT, COO<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA 92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| JEFF UNDERWOOD<br>YOUNGS MARKET COMPANY<br>500 SOUTH CENTRAL AVENUE<br>LOS ANGELES, CA 90013 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>DONALD M. ROBBINS, ESQ. EXEC. VICE PRES.<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA 92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC. TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only